IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:94CR73 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRE MOORE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motions to reduce sentence (Filing Nos. 150 and 163), and the stipulation of the parties (Filing No. 164). The government and defense counsel have entered into a stipulation (Filing No. 164) providing that the defendant's offense level should be adjusted from 38 to 34, which, with a criminal history of IV, results in a guideline range of 210 to 262 months. Accordingly,

IT IS ORDERED:

1) Said motions to reduce sentence are granted. The stipulation of the parties is accepted. The sentence of the defendant is reduced to two hundred ten (210) months. Defendant shall receive credit for all time he has served to date.

2) The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 29th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

_____
UNITED STATES WARDEN

By: _____